**1154 NAUMANN vs. BOARD OF CITY CANVASSERS (Detroit), 73 M., 252.**

**1155** ADDISON vs. BOARD OF CITY CANVASSERS (Detroit), 73 M., 252.

To compel investigation by respondents of certain returns of the election of aldermen in the City of Detroit.

Denied January 11, 1889.

Ruled by Weston vs. Probate Judge, 69 M., 600, [1136], where it was held, that Act. No. 293, Laws of 1887, does not apply in those cases where the city council, by whatever name it is called, is made the absolute judge of the election and right to office of its members.